## ARTICLE IV

### REFERRAL PROCEDURE

Section 4.01. In the interest of maintaining an efficient system of production in the Industry, providing for an orderly procedure of referral of applicant for employment, preserving legitimate interests of employees in their employment status within the area and of eliminating discrimination in employment because of membership or non-membership in the Union, the parties hereto agree to the following system of referral of applicants for employment.

Section 4.02. The Union shall be the sole and exclusive source of referral of applicants for employment.

Section 4.03. The Employer shall have the right to reject any applicant for employment.

Section 4.04. The Union shall select and refer applicants for employment without discrimination against such applicants by reason of membership or non-membership in the Union and such selection and referral shall not be affected in any way by rules, regulations, bylaws, constitutional provisions or any other aspect or obligation of Union membership policies or requirements. All such selection and referral shall be in accord with the following procedure.

Section 4.05. The Union shall maintain a register of applicants for employment established on the basis of the Groups listed below. Each applicant for employment shall be registered in the highest priority Group for which he qualifies.

### JOURNEYMAN WIREMAN - JOURNEYMAN TECHNICIAN

Group I    All applicants for employment who have four or more years experience in the trade, are residents of the geographical area constituting the normal construction labor market, have passed a Journeyman Wiremans examination given by a duly constituted Inside Construction Local Union of the IBEW or have been certified as a Journeyman Wireman by any Inside Joint Apprenticeship and Training Committee; and who have been employed in the trade for a period of at least one year in the last four years in the geographic area covered by the collective bargaining agreement.

Group II    All Applicants for employment who have four or more years experience in the trade and who have passed a Journeyman Wiremans examination given by a duly constituted Inside Construction Local Union of the IBEW or have been certified as a Journeyman Wireman by any Inside Joint Apprenticeship and Training Committee.

Group III    All applicants for employment who have two or more years experience in the trade; are residents of the geographical area constituting the normal construction labor market; and who have been employed for at least six months in the last three years in the geographic area covered by the collective bargaining agreement.

**Exhibit    6**

NEBF053

Group IV      All applicant for employment who have worked at the trade for more than one year.

Section 4.06. If the registration is exhausted and the Local Union is unable to refer applicants for employment to the Employer within 48 hours from the time of receiving the Employers request, Saturdays, Sundays, and holidays excepted, the Employer shall be free to secure applicants without using the Referral Procedure but such applicants, if hired, shall have the status of temporary employees.

Section 4.07. The Employer shall notify the Business Manager promptly of the names and Social Security numbers of such temporary employees and shall replace such temporary employees as soon as registered applicants for employment are available under the Referral Procedure.

Section 4.08. Normal construction labor market is defined to mean the following geographical area plus the commuting distance adjacent thereto which includes the area from which the normal labor supply is secured:

Georgia Counties:

| | | | |
|---|---|---|---|
| Appling | Camden | Emanuel | Pierce |
| Atkinson | Candler | Evans | Screven |
| Bacon | Chatham | Glynn | Tattnall |
| Brantly | Clinch | Liberty | Toombs |
| Bryan | Coffee | Long | Ware |
| Bulloch | Effingham | McIntosh | Wayne |

South Carolina Counties:

| | | | |
|---|---|---|---|
| Allendale | Beaufort | Hampton | Jasper |

The above geographical area is agreed upon by the parties to include the area defined by the Secretary of Labor to be the appropriate prevailing wage area under the Davis-Bacon Act to which the Agreement applies.

Section 4.09. Resident means a person who has maintained his permanent home in the above defined geographical area for a period of not less than one year or who, having had a permanent home in this area, has temporarily left with the intention of returning to this area as his permanent home.

Section 4.10. Examination - An Examination shall include experience rating tests if such examination shall have been given prior to the date of this procedure, but from and after the date of this procedure, shall include only written and/or practical examinations given by a duly constituted Inside Construction Local Union of the IBEW. Reasonable intervals of time for examinations are specified as ninety (90) days. An applicant shall be eligible for examination if he has four years experience in the trade.

Section 4.11. The Union shall maintain an Out of Work List which shall list the applicants within each Group in chronological order of the dates they register their availability for employment.

Section 4.12. An applicant who is hired and who receives, through no fault of his own, work of

NEBF054